Cyrus Safa
Attorney at Law: 13241 her
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff Dyanne L. Schwalm

# UNITED STATES DISTRICT Court

# DISTRICT OF NEVADA

| | |
|---|---|
| DYANNE L. SCHWALM, | Case No.: 2:18-cv-01587-APG-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Lisa Anderson and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from January 16, 2019 to February 13, 2019, for Plaintiff to send her Motion for Remand/Reversal with all

-1-

other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: January 17, 2019          Respectfully submitted,

                                       LAW OFFICES OF LAWRENCE D. ROHLFING

                                       /s/ / *Cyrus Safa*
                       BY: _____
                                   Cyrus Safa
                                   Attorney for plaintiff Dyanne L. Schwalm

DATE: January 17, 2019          DAYLE ELIESON
                                       United States Attorney


                                       /s/ Michael K. Marriott
                       BY: _____

                                   Michael K. Marriott
                                   Special Assistant United States Attorney
                                   Attorneys for defendant Nancy A. Berryhill
                                   Acting Commissioner of Social Security
                                   |*authorized by e-mail|



DATED:  January 18, 2019

IT IS SO ORDERED:

                                UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:18-CV-01587-APG-PAL**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 17, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff
_____