Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com
Attorneys for Plaintiff Dyanne L. Schwalm

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DYANNE L. SCHWALM, | Case No.: 2:18-cv-01587-APG-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (SECOND REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Dyanne L. Schwalm and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from February 13, 2019 to March 15, 2019, for Plaintiff to send her Motion for Remand/Reversal with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

Counsel requests the extension due to an abnormally heavy hearing calendar which included eight administrative hearings in the last seven days. Six of Counsel's administrative hearings required travel exceeding 270 miles each way. Despite Counsel's attempt to finalize the briefing by the deadline, Counsel will require additional time to complete the briefing in this matter. Counsel sincerely apologizes for any inconvenience this request may have caused to the Court, its staff, and all parties involved.

DATE: February 13, 2019    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ / *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff Dyanne L. Schwalm

DATE: February 13, 2019    NICHOLAS A. TRUTANICH
United States Attorney

/s/ Michael K. Marriott
BY: _____

Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 19, 2019

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:18-CV-01587-APG-PAL**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 15, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff
_____