NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**LAS VEGAS DIVISION**

| | |
|---|---|
| DYANNE L. SCHWALM, | Case No: 2:18-cv-01587-APG-PAL |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

      Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days to Friday, May 17, 2019, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

      Defendant respectfully requests this extension of time because of a very heavy workload, including over twelve district court merits briefs due in the next four weeks, as well as a Ninth Circuit responsive brief to complete.

On April 17, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: April 17, 2019

LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/\*Cyrus Safa*
CYRUS SAFA
*authorized by email April 17, 2019

Attorney for Plaintiff

Date: April 1, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: April 23, 2019

HONORABLE PEGGY A. LEEN
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

>Cyrus Safa
>Law Offices of Lawrence D. Rohlfing
>12631 E. Imperial Highway, Suite C-115
>Santa Fe Springs, CA 90670

Date: <u>April 17, 2019</u>

NICHOLAS A. TRUTANICH
United States Attorney

By: <u>*/s/ Michael K. Marriott*</u>
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant