1  NICHOLAS A. TRUTANICH
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
          160 Spear Street, Suite 800
5         San Francisco, California 94105
          Telephone: (415) 977-8985
6         Facsimile: (415) 744-0134
          E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

9

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

                   **LAS VEGAS DIVISION**
12

13

   DYANNE L. SCHWALM,              )  Case No:  2:18-cv-01587-APG-PAL
14                                 )
              Plaintiff            )
15                                 )  **STIPULATION FOR EXTENSION OF**
        v.                         )  **TIME TO FILE DEFENDANT'S CROSS**
16                                 )  **MOTION TO AFFIRM**
   NANCY A. BERRYHILL, Acting      )
17 Commissioner of Social Security,)  **(Second Request)**
                                   )
18            Defendant.           )
                                   )
19 _____ )

20      Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests

21 an extension of time of fourteen days to Friday, May 31, 2019, to prepare and file her cross

22 motion to affirm.  This is the Commissioner's first request for an extension.

23      Upon review of the record and Plaintiff's MSJ, the undersigned believes that this case

24 may warrant voluntary remand in lieu of further litigation.  Defendant therefore respectfully

25 requests this additional time to attempt to obtain remand authority.

26
                                   -1-

On May 17, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: May 17, 2019          LAW OFFICES OF LAWRENCE D. ROHLFING

By:   /s/*Cyrus Safa
      CYRUS SAFA
      *authorized by email May 17, 2019

      Attorney for Plaintiff

Date: May 17, 2019          NICHOLAS A. TRUTANICH
                            United States Attorney

By:   /s/ Michael K. Marriott
      MICHAEL K. MARRIOTT
      Assistant Regional Counsel

      Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE:  May 21, 2019

HONORABLE BRENDA WEKSLER
United States Magistrate Judge

-2-

1              **CERTIFICATE OF SERVICE**

2    I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time

3    to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

4          Cyrus Safa
           Law Offices of Lawrence D. Rohlfing
5          12631 E. Imperial Highway, Suite C-115
           Santa Fe Springs, CA 90670
6

7    Date:    May 17, 2019                    NICHOLAS A. TRUTANICH
                                              United States Attorney
8

9                                     By:    /s/ Michael K. Marriott
                                             MICHAEL K. MARRIOTT
10                                           Assistant Regional Counsel

11                                           Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26