# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DYANNE L. SCHWALM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL[1],<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | 2:18-cv-01587-CLB<br><br><br><br><u>**ORDER**</u> |

The report and recommendation entered at ECF No. 29 is **VACATED** in light of the parties' consent and referral of this case to the undersigned for all purposes. Concurrent with this order, the court will enter an order consistent with the report and recommendation.

**DATED**: January 27, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).